**158**

**COM.**

**v.**

**SMITH, A.**

**382 WDA 2017**

Superior Court of Pennsylvania.

09/14/2017

CP–04–CR–0000147–2005, CP–04–CR–0000967–2001, CP–04–CR–0001148–2005, CP–04–CR–0001151–2005 (Beaver)

Affirmed

2

**COM.**

**v.**

**NGUYEN, D.**

**2458 EDA 2015**

Superior Court of Pennsylvania.

09/15/2017

MC–51–CR–0048127–2012 (Philadelphia)

Reversed

**COM.**

**v.**

**KELLY, N.**

**3081 EDA 2015**

Superior Court of Pennsylvania.

09/15/2017

MC–51–CR–0009589–2010 (Philadelphia)

Affirmed/Remanded

**COM.**

**v.**

**LAW, S.**

**1333 EDA 2016**

Superior Court of Pennsylvania.

09/15/2017

MC–51–CR–0005716–2011 (Philadelphia)

Affirmed

**COM.**

**v.**

**JONES, K.**

**1695 EDA 2016**

Superior Court of Pennsylvania.

09/15/2017

CP–51–CR–0008810–2015 (Philadelphia)

Affirmed